IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-70-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUAN ANTONIO PONCE GONZALEZ | ) | |

Upon motion of defendant and for good cause shown, the maximum amount of funds set aside for Spanish language services and interpretation is increased to $1,200.00$.

SO ORDERED, this 17 day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE